IN THE SUPREME COURT OF THE STATE OF HAWAI'I

**Electronically Filed
Supreme Court
SCWC-29286
16-SEP-2011
01:18 PM**

ANGIE DELIGHT CARR,
Petitioner/Defendant-Appellant,

vs.

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NO. 07-1-0549(1))

ORDER STRIKING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy and McKenna, JJ.)

Having reviewed counsel's response to the order to show cause and the record herein, and it appearing that counsel has not shown good cause as to why his application for writ of certiorari does not comply with HRAP Rule 40.1(d),

IT IS HEREBY ORDERED that the application for writ of certiorari filed on August 25, 2011 is stricken.

IT IS FURTHER ORDERED that Petitioner shall file a writ of certiorari that complies with HRAP Rule 40.1(d) on or by September 20, 2011 if she wishes to continue pursuing her appeal before this court.

DATED:  Honolulu, Hawai'i, September 16, 2011.

Christopher R. Evans on
the application for
petitioner/defendant-appellant

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

